UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Moses Nlevo Mawete

     v.                                                                         Case No. 1:26-cv-00119-JL-TSM

Patricia Hyde, et al.

## **ORDER**

       Before the court is the habeas petition brought by Mawete challenging his ongoing ICE detention.[1]  After reviewing the petition, the court ordered the respondents to show cause why it should not afford the petitioner the same relief ordered in *Destino v. FCI Berlin*, 2025 WL 4010424 (D.N.H. Dec. 24, 2025) (Elliott, C.J.).[2]  In response, the government notes that it "objects to this Court granting relief on the basis of Destino" on the ground that the case was "wrongly decided," but concedes that "the court would likely reach the same result" if it applied *Destino*'s reasoning here.[3]

       Thus, no cause having been shown, the court GRANTS the petition[4] for a bond hearing based on the reasoning in *Destino* and orders the respondents to provide the petitioner with a bond hearing as soon as practicable.  The petition is denied in all other respects.  The parties shall file a status report within 10 days of this order.

       SO ORDERED.

                                                                   Joseph N. Laplante
                                                                   United States District Judge

Dated: February 26, 2026

Cc: Counsel of record

---

[1] Doc. no. 1.
[2] Doc. no. 10.
[3] Show Cause Response (doc. no. 14) at 1-2.  The court makes no finding as to the preservation of any grounds or arguments mentioned, but not actually argued or developed, on the record of this case.
[4] Doc. no. 1.