UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Moses Nlevo Mawete

v.                                     Case No. 26-cv-119-JL-TSM

Patricia Hyde, et al.

JUDGMENT

In accordance with the Order by Judge Joseph N. Laplante dated February 26, 2026, judgment is hereby entered.

By the Court:

Tracy A. Uhrin
Clerk of Court

Date: March 27, 2026

cc: Counsel of Record